# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **AERITAS, LLC,**<br><br>Plaintiff<br><br>v.<br><br>**7-ELEVEN, INC.**<br><br>Defendant | **Case No. 6:19-cv-00358**<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Aeritas, LLC ("Aeritas" or "Plaintiff") files this Complaint for patent infringement against 7-Eleven, Inc. ("7Eleven" or "Defendant"), and alleges as follows:

## NATURE OF THE ACTION

1. This is an action for patent infringement arising under 35 U.S.C. § 1 *et seq*.

## PARTIES

2. Aeritas is a limited liability company organized and existing under the laws of the State of Texas with its principal place of business in Dallas, Texas.

3. Upon information and belief, 7Eleven, is a corporation organized and existing under the laws of the State of Texas with a principal place of business at One 3200 Hackberry Road, Irving, Texas 75063. Defendant operates businesses in multiple locations in this jurisdiction including, but not limited to at in this judicial district at 10565 Custer Road Plano, Texas 75025.

## JURISDICTION AND VENUE

4. This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. Upon information and belief, Defendant is subject to personal jurisdiction of this Court based upon it having regularly conducted business, including the acts complained of herein, within the State of Texas and this judicial district and/or deriving substantial revenue from goods and services provided to individuals in Texas and in this District.

6. Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400 because Defendant has committed acts of infringement and has regular and established places of business in this judicial district.

## OVERVIEW OF THE 7ELEVEN APP

7. Defendant provides for its customers use the 7Eleven App, which is available for use with iOS and Android devices:



https://apps.apple.com/us/app/7-eleven-inc/id589653414

COMPLAINT FOR PATENT INFRINGEMENT                                                                                              PAGE | 3



https://play.google.com/store/apps/details?id=com.sei.android&hl=en_US

8.  In use of the 7Eleven App, the app receives data or information from its server using internet or data connection. The server has a processor and memory which stores computer program instructions to perform actions inside the app.

COMPLAINT FOR PATENT INFRINGEMENT                                                    PAGE | 4




https://play.google.com/store/apps/details?id=com.sei.android&hl=en_US

9. The app requires permission for showing push notifications to the mobile device. The user can opt in and opt out of the notification service by changing the app notification settings. The application also provides location based notifications to the users such as offers at a nearby store, in-store notifications, etc.

**Personal and Non-Personal Information:**

Beacons. 7-Eleven may collect information about the location of your device when you visit a store. For example, we may collect in-store location information using Bluetooth signals to connect to our Beacons and help you while inside our store to utilize the Mobile Scan and Pay Feature of the 7-Eleven App, to find nearby products or receive real-time offers. We may use the data we collect to improve and make the 7-Eleven in-store experience more interactive, for internal operations, for marketing and promotions and advertising, and for fraud prevention and security. Beacons transmit a Bluetooth signal that can be received by Bluetooth-enabled devices, such as a mobile phone, when those devices are within proximity of a beacon. By acting similar to radar systems, Beacons only push out radio signal pulses to map nearby Bluetooth-enabled devices. Beacons do not collect or pull in personal data. Within the Apps, in-app permissions (such as permission to access location and accept Push Notifications) must be enabled for a Beacon to interact with your specific Bluetooth-enabled device. Interactions with and notifications delivered to your device may include customer service information, in-store directions, offers and advertisements from 7-Eleven as well as other non-7-Eleven applications and advertisers. With or without the Apps, Beacon preferences are managed through your device settings. You may stop the collection of this information at any time by disabling Bluetooth communication on your mobile device, but note that the Apps may no longer function properly if you do so.

https://www.7-eleven.com/privacy

10. The 7-Eleven app asks for permission to access device's location as soon as the app is launched for the first time in the mobile device. Based on the location of the user, the app provides users with personalized notifications, in-store notifications, nearby store suggestions, etc.



Screenshot taken from hands on testing of 7-Eleven mobile app



https://play.google.com/store/apps/details?id=com.sei.android&hl=en_US

11. Based upon the current location of the user and notification criteria (if notifications are allowed), the app will send notification to the user. For example, when the user has enabled notification and location, notifications regarding offers at nearby stores, in-store notifications, etc.

may be sent to the user. When the user taps on a notification, the app opens and displays a page containing data corresponding to the notification.

13. When the user receives the notification on the mobile device and tap on it (this acts as user input), the application receives data regarding the notification from the server and is displayed to the user.

## COUNT I
## (Infringement of U.S. Patent No. 8,055,285)

13. Aeritas incorporates paragraphs 1 through 12 as though fully set forth herein.

14. Plaintiff is the owner, by assignment, of U.S. Patent No. 8,055,285 (the "'285 Patent"), entitled MIXED-MODE INTERACTION, which issued on November 8, 2011. A copy of the '285 Patent is attached as Exhibit PX-285.

15. The '285 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

16. Defendant has been and is now infringing one or more claims of the '285 Patent under 35 U.S.C. § 271 by making and using the 7Eleven App with users' iOS and Android devices and the 7Eleven server in the United States without authority.

17. Defendant has also infringed the '285 Patent by encouraging users of the 7Eleven App to use the user's iOS or Android devices with the 7Eleven App to practice the claims of the '285 Patent.

18. Claim 14 recites:

> 14. A method, comprising:
>
> at a first time, receiving and storing an input in a user profile in a database, the input comprising consumer interest data;

> at a second time distinct from the first time, obtaining data identifying a current location of the mobile communication device;
>
> based on the input stored in the user profile and the current location of the mobile communication device, initiating a search to locate information pertinent to the input;
>
> receiving results derived from the search; and
>
> in response to the input and the search, delivering, by a notification server, information to the mobile communications device.

19. More particularly, Defendant infringes at least claim 1 of the '285 Patent. Defendant receives and stores an input in a user profile in a database, the input comprising consumer interest data. At a second time, data identifying a current location of the mobile communications device on which the Accused Instrumentality is installed is obtained. Based on the input and location, Defendant performs a search to locate pertinent information and receive the results of such search, distance from mobile device. Defendant then provides the information to the mobile communications device.

20. Aeritas has been damaged by Defendant's infringing activities.

## COUNT II
### (Infringement of U.S. Patent No. 9,888,107)

21. Aeritas incorporates paragraphs 1 through 12 as though fully set forth herein.

22. Plaintiff is the owner, by assignment, of U.S. Patent No. 9,888,107 (the "'107 Patent"), entitled MIXED-MODE INTERACTION, which issued on February 6, 2018. A copy of the '107 Patent is attached as Exhibit PX-107.

23. The '107 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

24. Defendant has been and is now infringing one or more claims of the '107 Patent under 35 U.S.C. § 271 by making and using the 7Eleven App with users' iOS and Android devices and the 7Eleven servers in the United States without authority.

25. Defendant has also infringed the '107 Patent by encouraging users of the 7Eleven App to use the user's iOS or Android devices with the 7Eleven App to practice the claims of the '107 Patent.

26. Claim 5 recites:

> 5. Apparatus, comprising:
>
> a processor;
>
> computer memory holding computer program instructions to:
>
> receive first data indicating a permission to provide a mobile device user a notification, the notification having an associated notification criteria;
>
> at a given time, determine a location of a mobile device;
>
> based at least in part on a determined location of the mobile device and the notification criteria, to provide to the mobile device the notification, the notification being associated at the mobile device with one of: an audible, visual and tactile alert;
>
> receive second data as a result of an input being received at the mobile device following the notification;
>
> retrieve information associated with the input and the determined

>>location of the mobile device; and
>>
>>provide to the mobile device a response to the input, the response based on the retrieved information;
>>
>>wherein the computer program instructions comprise a rules engine that comprises first and second components, a first component that evaluates the notification criteria, and a second component that executes notification rules.

27. More particularly, Defendant infringes at least claim 5 of the '107 Patent. On information and belief, Defendant employs a processor and computer memory holding computer program instructions to perform the functions described herein. Defendant receives data indicating permission to provide a notification to a mobile device user in accordance with notification criteria. At a given time, Defendant determines the location of the mobile device. Based on the location and notification criteria, Defendant provides at least a visual alert notification. Defendant receives second data as a result of an input being received at the mobile device, retrieves information associated with the input and location, and provides responsive information to the mobile device. On information and belief, the program instructions include first and second components of a rules engine to evaluate notification criteria and execute notification rules.

28. Aeritas has been damaged by Defendant's infringing activities.

## COUNT III
## (Infringement of U.S. Patent No. 7,706,819)

29. Aeritas incorporates paragraphs 1 through 12 as though fully set forth herein.

30. Plaintiff is the owner, by assignment, of U.S. Patent No. 7,706,819 (the "'819 Patent"), entitled MIXED-MODE INTERACTION, which issued on April 27, 2010. A copy of the '819 Patent is attached as Exhibit PX-819.

31. The '819 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

32. Defendants have been and are now infringing one or more claims of the '819 Patent under 35 U.S.C. § 271 by making and using the 7Eleven App with users' iOS and Android devices and the 7Eleven servers in the United States without authority.

33. Defendant has also infringed the '819 Patent by encouraging users of the 7Eleven App to use the user's iOS or Android devices with the 7Eleven App to practice the claims of the '819 Patent.

34. Claim 1 recites:

1. A method comprising:

    receiving spoken input from a wireless communication device;

    obtaining data identifying a current location of the wireless communication device;

    based on the current location of the wireless communication device and the spoken input, retrieving information;

    delivering, to the wireless communication device by a notification server, a non-verbal response to the spoken input, the non-verbal response based on the retrieved information and including a drill-down menu by which additional information related to the retrieved information can be obtained; and

> providing additional information related to the retrieved information in response to receipt of at least one additional input provided via the drill-down menu.

35. More particularly, Defendants infringe at least claim 1 of the '819 Patent. Defendants receive spoken input from a wireless communication device. Defendants obtain data identifying the current location of the mobile device. Based on the location and the spoken input, Defendants retrieve information. Defendants deliver to the wireless device by a notification server, a non-verbal response to the spoken input, the non-verbal response based on the retrieved information and including a scroll-down menu by which additional information related to the retrieved information can be obtained. Defendants provide additional information related to the retrieved information in response to receipt of at least one additional input provided via the scroll-down menu.

36. Aeritas has been damaged by Defendants' infringing activities.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the Court enter judgment against Defendant:

1. declaring that the Defendant has infringed the '285, '107, and '819 Patents;
2. awarding Plaintiff its damages suffered as a result of Defendant's infringement of the '285, '107, and '819 Patents;
3. awarding Plaintiff its costs, attorneys' fees, expenses, and interest; and
4. granting Plaintiff such further relief as the Court finds appropriate.

## JURY DEMAND

Plaintiff demands trial by jury, Under Fed. R. Civ. P. 38.

Dated: August 4, 2019

Respectfully submitted,

*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

**ATTORNEYS FOR PLAINTIFF
AERITAS, LLC**