# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **AERITAS, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:19-CV-358-JDK |
| | § | |
| **7-ELEVEN, INC.,** | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Parties' Joint Motion to Dismiss with Prejudice (Docket No. 17), the Court hereby enters Final Judgment.

**IT IS ORDERED** that all claims and counterclaims in the above-styled case are **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that each Party shall bear its own costs, expenses, and attorneys' fees.

All motions not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

So **ORDERED** and **SIGNED** this **21st** day of **November, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE